UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff(s),

vs.                                              Case No. 8:05-CV-634-T-27MSS

GLOBE TRAILERS OF FLORIDA, INC.,
GLOBE TRAILER SALES, INC., AND
LEONARD DOBALA,

                    Defendant(s).
_____/

## ORDER

**THIS MATTER** comes before the Court on correspondence dated April 19, 2005 from Jeffrey K. Walters, President, Globe Trailer Sales, Inc. (Dkt. 6).[1] The letter fails to comply with the requirements of the Federal Rules of Civil Procedure and the Local Rules of the Middle District of Florida, including, but not limited to, the following:

**Local Rule 3.01(f)**

> All applications to the Court (I) requesting relief in any form, or (ii) citing authorities or presenting argument with respect to any matter awaiting decision, shall be made in writing (except as provided in Rule 7(b) of the Federal Rules of Civil Procedure) in accordance with this rule and in appropriate form pursuant to Rule 1.05; and unless invited or directed by the presiding judge, **shall not be addressed or presented to the Court in the form of a letter or the like**. All pleadings and papers to be filed shall be filed with the Clerk of Court and **not with the judge thereof**, except as provided by Rule 1.03(c) of these Rules. (Emphasis added.)

---

[1] Although private individuals may represent themselves, corporations must be represented by counsel and may not proceed *pro se*. *See Telepower Communications, Inc. v. LTI Vehicle Leasing Corp.*, 658 So. 2d 1026 (Fla. 4th DCA 1995).

1

**Local Rule 1.05(a)(b)(d)**

(a)  All pleadings, motions, briefs, applications and orders tendered by counsel for filing shall be typewritten, double-spaced, in at least a 12 point type, and shall be on opaque, unglazed, white paper eight and one half inches wide by eleven inches long (8 ½ X 11), with one and one-fourth inch top, bottom and left margins and a one to one and one-fourth inch right margin. Only one side of the paper may be used.

(b)  All pleadings, motions, briefs, applications and orders tendered by counsel for filing shall contain on the first page a caption as prescribed by Rule 10(a), Fed. R. Civ. P., and in addition thereto shall state in the title the name and designation of the party (as Plaintiff or Defendant or the like) in whose behalf the paper is submitted. ...

(d)  All pleadings, motions, briefs, applications and other papers tendered by counsel for filing shall be signed personally by counsel as required by Rule 11, Fed. R. Civ. P. Immediately under every signature line, additional information shall be given as indicated in the example below:

(Signature of counsel)
Typed Name of Counsel
Florida Bar Identification Number (if admitted to practice in Florida)
Firm or Business Name
Mailing Address
City, State, Zip Code
Telephone Number
Facsimile Phone Number (if available).

Therefore, the correspondence is **ORDERED** stricken, and the Clerk is directed to return it to the submitting party with a copy of this Order. Additionally, any responses required to be filed because of the stricken document will not be required and will also be stricken and returned.

**DONE AND ORDERED** in chambers this 28th day of April, 2005.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record