UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

              Plaintiff(s),

vs.                                      Case No. 8:05-CV-634-T-27MSS

GLOBE TRAILERS OF FLORIDA, INC.
a/k/a GLOBE TRAILER TRANSPORT SYSTEMS,
INC., GLOBE TRAILER SALES, INC., AND
LEONARD DOUALA, individually,

              Defendant(s).
_____/

## ORDER

**BEFORE THE COURT** is Defendants, Globe Trailers of Florida, Inc. a/k/a Globe Trailer Transport Systems, Inc., and Leonard Dobala's Motion to Extend Time or Otherwise Respond to the Complaint; Alternatively, Motion to Dismiss (Dkt. 21). Upon consideration, it is

**ORDERED AND ADJUDGED** that

1)    Defendants, Globe Trailers of Florida, Inc. a/k/a Globe Trailer Transport Systems, Inc., and Leonard Dobala's Motion to Extend Time or Otherwise Respond to the Complaint; Alternatively, Motion to Dismiss (Dkt. 21) is **GRANTED IN PART** and **DENIED IN PART**.

2)    Defendants, Globe Trailers of Florida, Inc. a/k/a Globe Trailer Transport Systems, Inc., and Leonard Dobala's Motion to Extend Time or Otherwise Respond to the Complaint is **GRANTED**.

3)    Defendants shall respond to Plaintiff's Complaint within ten (10) days from the date of this Order. Defendants' response should be a complete filing, rather than a "supplement" to prior

1

pleadings or motions.

4) Defendants, Globe Trailers of Florida, Inc. a/k/a Globe Trailer Transport Systems, Inc., and Leonard Dobala's Motion to Dismiss (Dkt. 21) is **DENIED**.

5) Defendants' requests related to awards of attorney's fees and costs are **DENIED**.

**DONE AND ORDERED** in chambers this __1st__ day of June, 2005.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record

2